# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                           **CASE NO. 6:23-cr-183-RBD-EJK**

**CHRISTOPHER W. JOHNSON**
_____/

## ORDER

On August 21, 2024, the undersigned held a competency hearing as to Defendant Christopher W. Johnson. (Doc. 220.) At the hearing, counsel for both sides stated on the record that there were no objections to the second evaluation of Dr. Tracey Henley, Psy.D. (Doc. S-205) or this Court finding Defendant Johnson competent to proceed in this case. Based on these representations, and finding no objection by the United States or Defendant Johnson, I find that Defendant Christopher W. Johnson's mental competency is no longer in question. I further find by a preponderance of the evidence that Defendant Christopher W. Johnson is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and therefore he is competent to stand trial. See 18 U.S.C. §4241(d).[1]

---

[1] The undersigned is able to make this finding by an Order as opposed to a Report and Recommendation pursuant to the February 9, 2024 Amended Order filed in *In re: Administrative Orders of the Chief Judge*, Case No. 3:21-mc-1-TJC, Doc. 127, at 4 (authorizing a Magistrate Judge to conduct proceedings and issue an order as to "[a] psychiatric or psychological report to determine competency under 18 U.S.C. § 4241 and a competency hearing, except that a magistrate judge must file a report and recommendation concerning a defendant's competency if the parties

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2024.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

---

dispute the defendants' competency.").